**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Central Office*
*320 First St., NW*
*Washington, DC 20534*

June 23, 2021

Samantha Beauvais
Human Rights Defense Center
Prison Legal News
P.O. Box 1151
Lake Worth, FL 33460

Dear Ms. Beauvais:

The Federal Bureau of Prisons (BOP) received your Freedom of Information Act/Privacy Act (FOIA/PA) request. Your request has been assigned a number and forwarded to the processing office noted below. Please make a note of the request number and processing office as you will need to include it in any correspondence or inquiry regarding your request. A copy of your request is attached to help you keep track of your request more easily.

| | |
|---|---|
| FOIA/PA Request Number: | 2021-05113 |
| Processing Office: | CO |

The time needed to complete our processing of your request depends on the complexity of our records search and the volume and complexity of any records located. Each request is assigned to one of three tracks: simple, complex, or expedited. Due to the large number of FOIA/PA requests received by BOP and the limited resources available to process such requests, BOP handles each request on a first-in, first-out basis in relation to other requests in the same track. Your request was assigned to the complex track and placed in chronological order based on the date of receipt.

We determined unusual circumstances exist as the documents responsive to your request must be searched for and collected from a field office, and/or the documents responsive to your request are expected to be voluminous and will require significant time to review. Because of these unusual circumstances, we have extended the time limit to respond to your request for the ten additional days provided by the statute. Processing complex requests may take up to nine months. In accordance with 28 C.F.R. § 16.5(b) and (c), you may narrow or modify your request in an effort to reduce the processing time.

**Please be advised that due to necessary operational changes as a result of the national emergency concerning the novel coronavirus disease (COVID-19) outbreak, there may be some delay in the processing of your request.**

Pursuant to 28 C.F.R. § 16.10, in certain circumstances we are required to charge fees for time spent searching for or duplicating responsive documents. If we anticipate your fees will be in excess of $25.00 or the amount you have indicated you are willing to pay, we will notify you of the estimated amount. At that time, you will have the option to reformulate your request to reduce the fees. If you requested a fee waiver, we will decide whether to grant your request after we determine whether fees will be assessed for this request.

If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, please feel free to contact the CO at (202) 616-7750 (phone) or the BOP's FOIA Public Liaison, Mr. Eugene Baime, at: (202) 616-7750 (phone); 320 First Street NW, Room 924, Washington, DC 20534; or ogc_efoia@bop.gov. You can also check the status of your request online at http://www.bop.gov/PublicInfo/execute/foia.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road (OGIS), College Park, MD 20740; ogis@nara.gov; (202) 741-5770 (phone); (877) 684-6448 (toll free); or (202) 741-5769 (fax).

Sincerely,

P. Willcott, for
Eugene E. Baime, Supervisory Attorney

# OGC Electronic Freedom of Information - Public Records Request from the Human Rights Defense Center

**From:** "Samantha Beauvais" <Sbeauvais@humanrightsdefensecenter.org>
**To:** "OGC_EFOIA@BOP.GOV" <OGC_EFOIA@BOP.GOV>
**Date:** 6/16/2021 3:03 PM
**Subject:** Public Records Request from the Human Rights Defense Center
**Attachments:** Bureau of Prisons (UNICOR) - VSI - HRDC records request - 6-16-21.pdf

To the FOIA Officer,

**Attached, please find a public records request from the Human Rights Defense Center; the text of this request is duplicated in the body of this message.**

The Human Rights Defense Center (HRDC) makes this request pursuant to the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. HRDC is a 501(c)(3) non-profit organization that publishes two journals and multiple books reporting on prisons, jails and other detention facilities. HRDC requests a fee waiver for this request. Prior to a name change approved by the Secretary of State in Washington in 2009, HRDC was known as Prison Legal News.

Documents Requested

HRDC is seeking records of all litigation against Federal Prison Industries, also known as UNICOR, and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims. These payments include but are not limited to settlements, damages, attorney fee awards, and sanctions, irrespective of the identity of the plaintiff or claimant. Specifically, HRDC requests the following records, provided in electronic native format where possible, and otherwise in electronic format:

1. Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against UNICOR and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from January 1, 2011 to the present:
   - The name of all parties involved;
   - The case or claim number;
   - The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);
   - The date of resolution;
   - The amount of money involved in the resolution and to whom it was paid,

2. For each case or claim detailed above:
   - The complaint or claim form and any amended versions;
   - The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case.

Fee Waiver Requested

HRDC requests a waiver of fees under 5 U.S.C. §§ 552(a)(4)(A)(ii)(II) and (iii), as HRDC is a member of the news media and disclosure of the requested information is in the public interest.

HRDC is the publisher of *Prison Legal News* and *Criminal Legal News*, as well as several books about the criminal justice system and legal issues affecting prisoners. *Prison Legal News* is a legal journal that reports news and litigation concerning carceral facilities. *PLN* covers corrections news and analysis and criminal justice-related issues on a national level. *PLN* has published monthly since 1990 and has approximately 9,000 subscribers in all

50 states. Based on reader survey results the estimated actual readership is around ten times that number. *PLN*'s subscribers include lawyers, journalists, judges, courts, public libraries and universities. *PLN* also maintains a website that receives approximately 100,000 visitors per month based on site analytics. *Criminal Legal News* is a legal journal. HRDC launched the inaugural issue in December 2017. *CLN* reports on criminal law decisions from all 50 states and the federal court system, focusing on legal developments affecting the fact and duration of confinement and sentences. *CLN* also covers civil rights litigation against police, prosecutors and court systems.

Disclosure of this information is "in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government," as described in 5 U.S.C. § 552(a)(4)(A)(iii). Examining specific instances of how government operations are being managed and operated and how tax dollars are being expended is the hallmark of understanding government.

Regarding an analogous request from the Bureau of Prisons, the court in *Prison Legal News v. Lappin*, 436 F. Supp. 2d 17 (D.D.C. 2006), held that Prison Legal News (the previous name of the requesting corporation) was entitled to a fee waiver.

Response Requested

If this request is denied in whole or part, please provide an index to all denials by reference to specific exemptions. If any records responsive to this request are denied in part, release all segregable portions of those records. Additionally, please outline any administrative appeals process available.

Please contact me via email, FOIA@humanrightsdefensecenter.org, should you require any additional information. Thank you for your time and attention in this matter.

Sincerely,

**Samantha Beauvais**
*Public Records Manager &*
*Development Coordinator*
Human Rights Defense Center
Prison Legal News
M: 561-305-4643

Please consider the environment before printing this e-mail

# Human Rights Defense Center

DEDICATED TO PROTECTING HUMAN RIGHTS

June 16, 2021

FOIA/PA Section
Office of General Counsel, Room 924
Federal Bureau of Prisons
320 First Street, N.W.
Washington, DC 20534

*Sent by email to:* OGC_EFOIA@BOP.GOV

**Re: Request for Verdicts and Settlements against Federal Prison Industries ("UNICOR")**

To the FOIA Officer:

The Human Rights Defense Center (HRDC) makes this request pursuant to the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. HRDC is a 501(c)(3) non-profit organization that publishes two journals and multiple books reporting on prisons, jails and other detention facilities. HRDC requests a fee waiver for this request. Prior to a name change approved by the Secretary of State in Washington in 2009, HRDC was known as Prison Legal News.

Documents Requested

HRDC is seeking records of all litigation against Federal Prison Industries, also known as UNICOR, and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims. These payments include but are not limited to settlements, damages, attorney fee awards, and sanctions, irrespective of the identity of the plaintiff or claimant. Specifically, HRDC requests the following records, provided in electronic native format where possible, and otherwise in electronic format:

1. Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against UNICOR and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from January 1, 2011 to the present:
   - The name of all parties involved;
   - The case or claim number;
   - The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);

- The date of resolution;
- The amount of money involved in the resolution and to whom it was paid,

2. For each case or claim detailed above:
   - The complaint or claim form and any amended versions;
   - The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case.

Fee Waiver Requested

HRDC requests a waiver of fees under 5 U.S.C. §§ 552(a)(4)(A)(ii)(II) and (iii), as HRDC is a member of the news media and disclosure of the requested information is in the public interest.

HRDC is the publisher of *Prison Legal News* and *Criminal Legal News*, as well as several books about the criminal justice system and legal issues affecting prisoners. *Prison Legal News* is a legal journal that reports news and litigation concerning carceral facilities. *PLN* covers corrections news and analysis and criminal justice-related issues on a national level. *PLN* has published monthly since 1990 and has approximately 9,000 subscribers in all 50 states. Based on reader survey results the estimated actual readership is around ten times that number. *PLN*'s subscribers include lawyers, journalists, judges, courts, public libraries and universities. *PLN* also maintains a website that receives approximately 100,000 visitors per month based on site analytics. *Criminal Legal News* is a legal journal. HRDC launched the inaugural issue in December 2017. *CLN* reports on criminal law decisions from all 50 states and the federal court system, focusing on legal developments affecting the fact and duration of confinement and sentences. *CLN* also covers civil rights litigation against police, prosecutors and court systems.

Disclosure of this information is "in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government," as described in 5 U.S.C. § 552(a)(4)(A)(iii). Examining specific instances of how government operations are being managed and operated and how tax dollars are being expended is the hallmark of understanding government.

Regarding an analogous request from the Bureau of Prisons, the court in *Prison Legal News v. Lappin*, 436 F. Supp. 2d 17 (D.D.C. 2006), held that Prison Legal News (the previous name of the requesting corporation) was entitled to a fee waiver.

Response Requested

If this request is denied in whole or part, please provide an index to all denials by reference to specific exemptions. If any records responsive to this request are denied in part, release all segregable portions of those records. Additionally, please outline any administrative appeals process available.

Please contact me via email, FOIA@humanrightsdefensecenter.org, should you require any additional information. Thank you for your time and attention in this matter.

Sincerely,

HUMAN RIGHTS DEFENSE CENTER

Samantha Beauvais
Public Records Manager

P.O. Box 1151, Lake Worth, FL 33460
561-305-4643 | FOIA@humanrightsdefensecenter.org