# Human Rights Defense Center

DEDICATED TO PROTECTING HUMAN RIGHTS

July 10, 2024

FOIA/PA Section
Office of General Counsel, Room 924
Federal Bureau of Prisons
320 First Street, N.W.
Washington, DC 20534

*Sent by email to:* BOP-OGC-EFOIA-S@BOP.GOV

**Re: Request for Verdicts and Settlements against Federal Prison Industries ("UNICOR")**

To the FOIA Officer:

The Human Rights Defense Center (HRDC) makes this request pursuant to the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. HRDC is a 501(c)(3) non-profit organization that publishes two journals and multiple books reporting on prisons, jails and other detention facilities. HRDC requests a fee waiver for this request. Prior to a name change approved by the Secretary of State in Washington in 2009, HRDC was known as Prison Legal News.

Documents Requested

HRDC is seeking records of all FOIA litigation against Federal Prison Industries, also known as UNICOR, and/or its employees or agents where the agency and/or its insurers paid $1,000 or more to resolve claims. These payments include but are not limited to settlements, damages, attorney fee awards, and sanctions, irrespective of the identity of the plaintiff or claimant. Specifically, HRDC requests the following records, provided in electronic native format where possible, and otherwise in electronic format:

1. Records, regardless of physical form or characteristics, sufficient to show for all claims or lawsuits brought against UNICOR and/or any of its agents or employees in which payments totaling $1,000 or more were disbursed from July 10, 2014 to the present:
   - The name of all parties involved;
   - The case or claim number;
   - The jurisdiction in which the case or claim was brought (e.g., U.S. District Court for the District of Columbia, D.C. Superior Court, etc.);

- The date of resolution;
- The amount of money involved in the resolution and to whom it was paid,

2. For each case or claim detailed above:
   - The complaint or claim form and any amended versions;
   - The verdict form, final judgment, settlement agreement, consent decree, or other paper that resolved the case.

<u>Fee Waiver Requested</u>

HRDC requests a waiver of fees under 5 U.S.C. §§ 552(a)(4)(A)(ii)(II) and (iii), as HRDC is a member of the news media and disclosure of the requested information is in the public interest.

HRDC is the publisher of *Prison Legal News* and *Criminal Legal News*, as well as several books about the criminal justice system and legal issues affecting prisoners. *Prison Legal News* is a legal journal that reports news and litigation concerning carceral facilities. *PLN* covers corrections news and analysis and criminal justice-related issues on a national level. *PLN* has published monthly since 1990 and has approximately 9,000 subscribers in all 50 states. Based on reader survey results the estimated actual readership is around ten times that number. *PLN*'s subscribers include lawyers, journalists, judges, courts, public libraries and universities. *PLN* also maintains a website that receives approximately 100,000 visitors per month based on site analytics. *Criminal Legal News* is a legal journal. HRDC launched the inaugural issue in December 2017. *CLN* reports on criminal law decisions from all 50 states and the federal court system, focusing on legal developments affecting the fact and duration of confinement and sentences. *CLN* also covers civil rights litigation against police, prosecutors and court systems.

Disclosure of this information is "in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government," as described in 5 U.S.C. § 552(a)(4)(A)(iii). Examining specific instances of how government operations are being managed and operated and how tax dollars are being expended is the hallmark of understanding government.

Regarding an analogous request from the Bureau of Prisons, the court in *Prison Legal News v. Lappin*, 436 F. Supp. 2d 17 (D.D.C. 2006), held that Prison Legal News (the previous name of the requesting corporation) was entitled to a fee waiver.

<u>Response Requested</u>

If this request is denied in whole or part, please provide an index to all denials by reference to specific exemptions. If any records responsive to this request are denied in part, release all segregable portions of those records. Additionally, please outline any administrative appeals process available.

Please contact me via email, FOIA@humanrightsdefensecenter.org, should you require any additional information. Thank you for your time and attention in this matter.

Sincerely,

Tiffany Hollis
Public Records Manager
HUMAN RIGHTS DEFENSE CENTER

P.O. Box 1151, Lake Worth, FL 33460
754-263-4568| FOIA@humanrightsdefensecenter.org